Margaret A. Elder (SBN 177424)
Chandra Gehri Spencer (SBN 184010)
ELDER & SPENCER, LLP
17011 Beach Blvd, Suite 900
Huntington Beach, CA 92647

Tel:  (213) 631-8331
Fax:  (888) 422-8027
E-mail:  info@elderspencer.com

JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 10, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:  ___VPC___  DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA MOYOTL, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TAHQUITZ COURT APARTMENTS, et al.,<br><br>   Defendants. | Case No: 5:15-cv-02613 SJO(SPx)<br><br>Assigned to the Hon. S. James Otero<br><br>**ORDER OF DISMISSAL [FRCP 41(A)]**<br><br>Complaint Filed: December 22, 2015 |

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

Based on the request of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, subject to the court retaining jurisdiction to enforce the terms and conditions of the settlement agreement.

Dated: March 13, 2017

_____
S. James Otero
Judge of the United States District Court